# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
United States Courthouse
One Church Street, E-300
MONTGOMERY, ALABAMA 36104

W. Keith Watkins
District Judge

TELEPHONE (334) 954-3760



June 26, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E. Suite 2-301
Washington, D.C. 20544

RECEIVED 2007 JUL -3 A 11: 39 FINANCIAL DISCLOSURE OFFICE

    Re:    Amendment to Nominee Report filed 10/3/2006
            William K. Watkins

Dear Committee Members:

Please accept this letter as an amendment to my Nominee Report filed October 3, 2005. During the preparation of my 2006 report, I discovered two investments that were inadvertently left off of Section VII of the Nominee Report:

(1)    *Seligman Communications & Information Fund, Inc.*, purchased 6/19/96 for $3361, and valued by market value at less than $15,000 (Value Code J) at the time of the report. This item was overlooked and I take full responsibility for the omission. It appears as Item 71 in Section VII of my 2006 report, with an explanatory note in Section VIII.

(2)    *Macatawa Bank, FDIC Taxable Bond*, purchased 5/31/05 for $60,000 (Value Code L), and valued the same at the time of the report. This item was purchased on 5/31/05, *during* the nomination process by my investment counsellor, and I overlooked it when the nomination was sent to the Senate (probably failed to update draft investment statement prepared in anticipation of nomination). This item appears as Item 69 in Section VII of my 2006 report, with an explanatory note in Section VIII.

If further information is necessary, please contact me regarding the same.

Sincerely,



William K. Watkins

WKW:pn

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Watkins, William K | 2. Court or Organization<br><br>U.S. District Court, M.D. AL | 3. Date of Report<br><br>06/26/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1 Church Street, E300<br>Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager/Sole Member | Rosewood Martin, LLC (Pike Co. Farm #5) |
| 2. Managing Member | DQV, LLC ███ Business) |
| 3. Director, Shareholder | Powermaster, Inc. ███ y Business) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL -3 A 11: 39 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Vickers & Smith - Referral Fee from 2005 - Net | $ 20,000 |
| 2. 2006 | Calhoun Faulk Watkins & Faircloth, LLC - Net income from former firm for fees - earned prior to entry into service with court -Net | $ 74,816 |
| 3. 2006 | Northwestern Mutual - 1099R Taxable gain on insurance policy - cashed - Net | $ 3,512 |
| 4. 2005 | Calhoun Faulk Watkins & Faircloth, LLC | $ 273,266 |
| 5. 2005 | South Trust Bank - Director's Fee | $ 1,000 |
| 6. 2004 | Calhoun Faulk Watkins & Faircloth, LLC | $ 201,551 |
| 7. 2004 | South Trust Bank - Director's Fee | $ 1,200 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Troy Regional Hospital Salary |
| 2. 2006 | Troy University Salary |
| 3. 2005 | Troy Regional Hospital Salary |
| 4. 2005 | Troy University Salary |
| 5. 2004 | Troy Regional Hospital Salary |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K | 06/26/2007 |

3. _____

4. _____

5. _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Pike County Bar Association (Sources of funds not known to reporting person) | Investiture Expenses - Funds raised and distributed by Pike County Bar Association. | $ 11,425 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia Bank | Signature | K |
| 2. Regions Bank | North Carolina Real Estate Loan | L |
| 3. Wachovia Bank | Lucas Real Estate Loan | K |
| 4. Wachovia Bank | DQV, LLC Real Estate Loan | N |
| 5. Troy Bank and Trust Company | Turkey Mountain Real Estate Loan | L |
| 6. Troy Bank and Trust Company | Saco Real Estate Loan | M |
| 7. Wachovia Bank | CKT Real Estate Loan | N |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Watkins, William K | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental - DQV, LLC (51% interest), Troy, AL | D | Int./Div. | N | R | | | | | |
| 2. Pike Co. Al. Farm #1 (2/3 interest) | A | None | O | W | | | | | |
| 3. Pike Co. Al. Farm #1 (2/3 interest) Mineral | A | None | J | W | | | | | |
| 4. Law Office (1/3 interest), Troy, AL | A | None | | | Sell | 2/27 | L | C | Steven Curtis |
| 5. Farm (1/4 interest), Coffee County, AL | A | None | L | W | | | | | |
| 6. North Carolina Lot 1 | B | Rent | M | Q | | | | | |
| 7. North Carolina Lot 2 | A | None | K | R | | | | | |
| 8. North Carolina Land | A | None | N | Q | | | | | |
| 9. JBW Office, Troy, AL | E | Rent | | | SELL | 9/1 | L | E | Greater Athens Development |
| 10. Barn Property (1/2 interest) Troy, AL | A | None | J | W | | | | | |
| 11. Pike Co. Farm #2 | A | None | M | W | | | | | |
| 12. Pike Co. Farm #2 - Mineral | A | None | J | W | | | | | |
| 13. Pike Co. Lot (1/2 interest) | A | None | J | W | | | | | |
| 14. Pike Co. Farm #3 | A | None | L | W | | | | | |
| 15. Pike Co. Farm #4 | A | None | M | W | | | | | |
| 16. Pike Co. Farm #4 - Mineral | A | None | J | W | | | | | |
| 17. Pike Co. Farm #5 | A | None | | | Sell | 12/20 | N | G | REC 2006-02, LLC |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pike Co. Farm #5 - Mineral | A | None | J | W | | | | | |
| 19. Pike Co. Farm #6 (19% interest) | A | None | K | W | | | | | |
| 20. Pike Co. Farm #6 (19% interest) - Mineral | A | None | J | W | | | | | |
| 21. CKT, LLC (1/3 interest), Real Estate Development | A | Int./Div. | N | R | | | | | |
| 22. WE, LLC (50% interest) | A | None | J | W | | | | | |
| 23. Powermaster, Inc. (1/3 interest) | A | None | K | W | | | | | |
| 24. A.G.E., Jt. Ten/Centennial Money Mkt. Trust | A | Int./Div. | J | W | | | | | |
| 25. [A.G.E. TMW IRA] Coca Cola Co. | A | Dividend | | | Sell | 11/28 | J | A | |
| 26. Regions Financial Corp. - common | A | Dividend | J | T | | | | | |
| 27. Investment Co. of America | A | Dividend | J | T | | | | | |
| 28. [A.G.E. - WKW - SEP] Centennial Money Mkt Trust | A | Interest | J | T | | | | | |
| 29. American Int'l Group - Common | A | Dividend | | | Sell | 4/4 | J | A | |
| 30. Boeing Company - Common | A | Dividend | | | Sell | 9/18 | J | B | |
| 31. Chevron Texaco Corp. - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 32. Cisco Systems, Inc. - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 33. Citi Group, Inc. - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 34. Coca Cola - Common | A | Dividend | | | Sell | 11/28 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Watkins, William K | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Colonial Property Trust | A | Dividend | | | Sell | 9/28 | J | A | |
| 36. Comcast Corp. - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 37. Conoco Phillips - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 38. Exxon Mobil - Common | A | Dividend | | | Sell | 9/21 | J | B | |
| 39. General Dynamics Corp. - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 40. General Electric Co. - Common | A | Dividend | | | Sell | 9/20 | J | B | |
| 41. Hersheys Food Corp. - Common | A | Dividend | | | Sell | 9/22 | J | A | |
| 42. Intel Corp. - Common | A | Dividend | | | Sell | 9/29 | J | A | |
| 43. IBM - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 44. Johnson & Johnson - Common | A | Dividend | | | Sell | 9/15 | J | A | |
| 45. Lowe's - Common | A | Dividend | | | Sell | 9/25 | J | A | |
| 46. MBNA - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 47. Microsoft - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 48. Nextex - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 49. Pfizer - Common | A | Dividend | | | Sell | 9/25 | J | A | |
| 50. Southwest Airline Co. - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 51. Target Corporation - Common | A | Dividend | | | Sell | 5/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Time Warner - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 53. United Technology - Common | A | Dividend | | | Sell | 9/20 | J | A | |
| 54. Viacom - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 55. Wachovia Corp. - Common | B | Dividend | K | T | | | | | |
| 56. Wal-Mart Stores, Inc. - Common | A | Dividend | | | Sell | 5/12 | J | A | |
| 57. Wal-Green Co. - Common | A | Dividend | | | Sell | 9/16 | J | A | |
| 58. [CHS - 401(k)] Scudder Fig. Inv. Val. Builder A | A | Dividend | | | Sell | 6/13 | L | D | Scudder |
| 59. CHS Company Stock Fund | A | Dividend | | | Sell | 6/13 | J | A | |
| 60. E. D. Moseley Note | A | None | J | U | | | | | |
| 61. Accts Recev - Law Firm Calhoun Faulk Watkins & Faircloth | A | None | | | Sell | 2/27 | J | A | Steven Curtis |
| 62. Law Firm - 1/3 interest Calhoun Faulk Watkins & Faircloth | A | None | | | Sell | 2/27 | J | A | Steven Curtis |
| 63. Wachovia Bank - Dimensions Acct. | A | Interest | J | T | | | | | |
| 64. Principal: Variable Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 65. Principal #302 WKW 318 Variable Universal Life | A | Int./Div. | J | U | | | | | |
| 66. Northwestern Mutual TM 010 Extraordinary Life | A | Int./Div. | J | T | | | | | |
| 67. Northwestern Mutual WKW 575 Extraordinary Life | A | Int./Div. | | | Redemption | 6/20 | J | C | Northwestern Mutual |
| 68. Capital Income Builder Fund Class F | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K | 06/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Macatawa Bank | B | Int./Div. | L | T | | | | | |
| 70. Investment Co. America Class A Shares | B | Int./Div. | L | T | Buy | 2006 | L | | |
| 71. Seligman Communications & Info. Fund Class D Shares | A | Int./Div. | J | T | | | | | |
| 72. Wash Mutl Invs Fd Inc Class A Shares | B | Int./Div. | L | T | Buy | 2006 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Section VII:

GENERAL EXPLANATORY NOTE:
This is filer's first annual report. Sworn in January 12, 2006. Nominee Report filed 10/3/05 for 1/1/04 to 8/31/05 reporting period. During gap from 8/31/05 until 12/31/05, filer had several transactions in contemplation of leaving private practice of law and moving family to duty station. This includes several items in Section VII that appeared in the Nominee Report, but that do not appear in this report, including items on nomination report lines 3, 4 and 26. These transactions also resolved several liabilities in Section VI.

Item 7 was purchased in 2005 after nomination report but before entry into service.

Item 8 appeared as Item 10 in nomination report.

Items 25, 26 and 27 are or were held in an A. G. Edwards IRA for  and Item 68 is held in 401(K) ▬▬▬

Items 28 through 57 are or were held in an A. G. Edwards SEP for filer.

Item 63 on Nominee Report, which is also Item 59 on this report, was rolled over to Item 68 on this report.

Item 64 on Nominee Report incorrectly identified this policy as Northwestern Mutual.

Items 69 and 71 were inadvertently left off of the Nominee Report. The Nominee Report is being amended to reflect these Items.

Item 70 was purchased on 3 occasions in varying amounts:

9/18/06 - $15,000
9/25/06 - $20,000
10/6/06 - $15,000

Item 72 was purchased on 5 occasions in varying amounts:

9/18/06 -  $15,000
9/25/06 -  $20,000
10/6/06 -  $15,000
10/11/06 - $ 2,500
10/17/06 - $30,600

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮          Date _June 26, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544